ADC/JAC/SR: USAO 2010R00841

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | PJM 10 CR 0639 |
| v. | * | CRIMINAL NO. |
| | * | |
| SINISA SIMIC, and | * | (Conspiracy to Distribute and Possess |
| MIRZA KUJUNDZIC, | * | With Intent to Distribute a Controlled |
| | * | Substance, 21 U.S.C. § 846; Conspiracy |
| Defendants | * | to Possess a Firearm in Furtherance of a |
| | * | Drug Trafficking Crime, 18 U.S.C. |
| | * | § 924(o), Forfeiture, 21 U.S.C. § 853, |
| | * | 28 U.S.C. § 2461(c), 18 U.S.C. § 924(d)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

At all times relevant to this Indictment:

1. Defendant **SINISA SIMIC**, a resident of Virginia, was an active duty officer with the Prince George's County Police Department ("PGCPD").

2. Defendant **MIRZA KUJUNDZIC** was a resident of Virginia.

3. Beginning at least in or about July 2009 and continuing through at least in or about December 2009, in the District of Maryland and elsewhere, the defendants,

**SINISA SIMIC, and**
**MIRZA KUJUNDZIC,**

did knowingly combine, conspire, confederate and agree with each other and others known and unknown to the Grand Jury to distribute and possess with intent to distribute five hundred grams

or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 846

## COUNT TWO

The Grand Jury for the District of Maryland further charges:

1. Paragraphs 1 and 2 of Count One are incorporated here.

2. Beginning at least in or about July 2009 and continuing through at least in or about December 2009, in the District of Maryland and elsewhere, the defendants,

**SINISA SIMIC, and
MIRZA KUJUNDZIC,**

did knowingly, willfully and unlawfully combine, conspire, confederate and agree with each other and other persons, known and unknown to the Grand Jury, to knowingly, intentionally and unlawfully possess firearms, including a Taurus 9mm semi-automatic handgun, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, to wit: conspiracy to possess with intent to distribute controlled substances, as set forth in Count One of this Indictment and incorporated here.

18 U.S.C. § 924(o)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further charges:

### Narcotics Forfeiture

1. As a result of the offense set forth in Count One of the Indictment, the defendants,

**SINISA SIMIC, and**
**MIRZA KUJUNDZIC,**

shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained directly or indirectly, as a result of said offense, and all property traceable to such property obtained directly or indirectly as a result of any such violation.

2. If any of the property described in paragraph 1 above as being subject to forfeiture, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendant.

### Firearms Forfeiture

3. As a result of the offense set forth in Count Two of the Indictment, the defendants,

**SINISA SIMIC, and
MIRZA KUJUNDZIC,**

shall forfeit to the United States the firearms identified in the Count Two of the Indictment and involved in said offense.

21 U.S.C. § 853
28 U.S.C. § 2461(c)
18 U.S.C. § 924(d)

_/s/ Rod J. Rosenstein_
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

Date: October 14, 2010