**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Cr. No. PJM - 10 - 0639 |
| | ) | |
| **MIRZA KUJUNDZIC.** | ) | |


**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
WITH INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES**

COMES NOW ATTORNEY Allen H. Orenberg, of The Orenberg Law Firm, P.C., and hereby respectfully moves this Honorable Court for the entry of an Order granting leave to withdraw as counsel for Mirza Kujundzic, in criminal cause no. PJM-10-0639. As grounds for this Motion, counsel states the following based on information and belief:

1.   On November 15, 2010, the Court appointed (CJA) Allen H. Orenberg to represent defendant Mirza Kujundzic in this matter.

2.   No trial date is scheduled, nor has the Court issued a pre-trial motions' briefing schedule.

3.   Undersigned counsel and the defendant no longer enjoy a genuine attorney-client relationship; the crucial elements of trust and confidence by and between this lawyer and defendant have been eroded beyond the point where the relationship may be satisfactorily restored.

4.     On February 27, 2011, defendant Kujundzic personally advised counsel of his utter lack of confidence and complete dissatisfaction with counsel's representation in this matter. During this same conversation, defendant Kujundzic unequivacally re-stated his desire for new counsel to represent him in this prosecution.[1]

5.     Defendant Kujundzic is indicted for: (1) conspiracy to distribute and posses with the intent to distribute a controlled substance, cocaine, in violation of 21 U. S. C. § 846, and, (2) conspiracy to possess a firearm in furtherance of a drug trafficking crime, in violation of 8 U. S. C. § 924(o). If defendant Kujundzic is convicted, he faces the distinct possibility of a lengthy sentence, including a mandatory-mininimum sentence.  Defendant Kujundzic is also charged with Forfeiture Allegations in the Indictment.

7.     It is further believed that provided the opportunity to do so before this Court, the defendant will knowingly and voluntarily assent to the termination of the undersigned's representation.

6.     Because of the severe penalties that defendant Kujundzic is facing, the Court should not compel him to proceed to trial with an attorney whom he no longer shares the essential elements of a viable and healthy attorney-client relationship. Furthermore, the interests of justice will be served by the entry of an Order granting this Motion.

8.     An immediate hearing on this Motion is requested.

---

[1] On or about February 10, 2011, defendant Kujundzic filed a complaint against counsel directly with the The Attorney Grievance Commission of Maryland. And, prevoiusly, defendant Kujundzic advises that he sent a letter to the Court requesting new counsel.

**WHEREFORE**, for the foregoing and any other reasons that may appear just and proper, undersigned counsel respectfully moves this Honorable Court for the entry of an Order granting leave to withdraw as counsel on behalf of Mirza Kujundzic, in criminal cause no. PJM-10-0639.

Respectfully submitted,

THE ORENBERG LAW FIRM, P.C.

_____
Allen H. Orenberg, # 06278
11200 Rockville Pike, Suite 301
North Bethesda, Maryland  20852
Tel. No. (301) 984-8005
Fax No. (301) 984-8008
aorenberg@orenberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2011, copies of the foregoing Motion for Leave to Withdraw as Counsel With Incorporated Memorandum Of Points And Authorities, along with a proposed Order, were served via CM/ECF to all registered persons in this cause and via postage prepaid first class mail, or by hand delivery, to:

Mirza Kujundzic, No. 52784-037
CTF/CCA Detention Facility
1901 E Street, S.E.
Washington, D.C.  20003

_____
Allen H. Orenberg