IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| **v.** | * |
| | *   Crim. No.:   PJM 10-0639 |
| **MIRZA KUJUNDZIC** | * |
| | * |
| **Defendant** | * |

## O R D E R

Upon consideration of Defense Counsel's Motion to Withdraw as Attorney [Paper No. 32], it is, this 1st day of March, 2011

**ORDERED**

1. Defense Counsel's Motion to Withdraw as Attorney [Paper No. 32] is **GRANTED**;

2. Defense Counsel Allen H. Orenberg is **DIRECTED** to send a copy of this Order to Defendant Mirza Kujundzic;

3. Following completion of his duty to send a copy of this Order to Defendant, Mr. Orenberg shall be discharged from all further duties as counsel for Defendant Kujundzic and his appearance in this case shall be terminated; and

4. Substitute counsel for Defendant Kujundzic will be appointed in due course.

_____/s/_____
**PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE**