Mirza, of the family Kujundzic
c/o Temporary mail location:
c/o MIRZA KUJUNDZIC, #406418
401 E. Madison Street
Baltimore, MD 21202



FILED ENTERED
LODGED RECEIVED

DEC 1 3 2013

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEP

U.S. DISTRICT COURT, NORTHERN DIVISION OF MARYLAND

UNITED STATES OF AMERICA, a corporation

                Plaintiff

v.

MIRZA KUJUNDZIC, *Cestui Que Vie trust*,

                Defendant.

Mirza of the family Kujundzic,
Sole Beneficiary of the MIRZA KUJUNDZIC
*Cestui Que Vie trust*,

    3rd Party Interest Intervener under injury.

Case No. 8:10-cr-00639-PJM-2

**OBJECTION TO PROCEEDINGS**

**NOTICE AND DEMAND TO FIRE INCOMPETENT ATTORNEY AND FOR DISMISSAL**

Exhibit A, CUISP report

**File on Demand**

Set for motion calendar on _____.

    Being that the defendant is an artificial entity without the power of thought and without the ability to lift a pen to paper, Mirza of the family Kujundzic, Third Party Interest Intervener under injury and defendant-in-error (hereinafter "Defendant-in-error"), as the sole Beneficiary of the defendant MIRZA KUJUNDZIC *Cestui Que Trust*, and being unlawfully treated as if I am the defendant and/or the trustee of said trust, appearing Specially and not generally, merely for the purpose to Demand an Order dismissing the charges in this matter, hereby invoke the Equity jurisdiction of this court. As the beneficiary, Mirza Kujundzic appoints the Judge as the Trustee/Administrator to settle and close this

Intervener's Declaration of Status, Case No. 8:10-cr-00639-PJM-2 – Page 1

matter. <u>Fail not</u> in your duty to settle and close this matter, as you, too, are a fiduciary with a duty to the Beneficiary.

It is a violation of trust law to force the Beneficiary of the trust to act as the trustee, therefore, this court and the prosecutor are in violation of trust law. The court-appointed attorney in this matter has failed also to protect the beneficiary of the trust.

First, Defendant-in-error is firing the court-appointed attorney as he is incompetent, since he does not know and/or will not do what is required, and any attempt by this court to thwart Defendant-in-error will be seen as an attempt to thwart justice by preventing Defendant-in-error from obtaining a remedy in this matter, as the court is using the court-appointed attorney as a means of preventing Defendant-in-error from presenting the issues that show the prosecutor and the court are attempting to commit fraud against Defendant-in-error, the living man/Beneficiary.

Second, <u>the prosecutor has the lawful duty and responsibility to bond this case, yet nowhere in the discovery has been found a copy of his bond</u>. It is apparent that a bait and switch has been done wherein the prosecutor has substituted the defendant's bond, i.e., the birth certificate bond, for the prosecutor's own bond, and therefore, the law has been violated, and the prosecutor is raiding the defendant's estate. This is FRAUD UPON THE COURT and a DENIAL OF DUE PROCESS, and any denial of due process immediately deprives the court of subject matter jurisdiction, thus rendering the judgment VOID.

General Services Administration bonds have been prepared and sold by the prosecution as evidenced by the CUSIP report attached hereto as Exhibit A and incorporated herein by reference. These bonds were created in the name of the defendant, using the defendant's identity, which is identity theft. The sale of these bonds is a breach of the prosecutor's fiduciary duties, and **a violation of the prosecutor's duty to bond the case with his own bond.** It is an unconstitutional taking without due process of law and without just compensation. I DEMAND that this matter be settled and closed immediately, and I demand to be released immediately.

The judgment, or potential judgment in this case is a vehicle of injustice, one which creates an income stream for the court. The judge knows the sale of the bonds, evidenced by Exhibit A, creates an income stream for this court and possibly the <u>judge's retirement fund</u>, and therefore, creates a conflict of interest, which is another denial of due process, which has deprived this court of subject matter jurisdiction. A judgment, however just it may seem, is a "vehicle of injustice" when it is part of a scheme which involves the court in human trafficking for profit, identity theft, securities fraud, theft by deception and breach of fiduciary duty.

Intervener's Declaration of Status, Case No. 8:10-cr-00639-PJM-2 – Page 2

### Violation of Due Process Deprives Court of Subject Matter Jurisdiction

Void judgment is one where court lacked personal or subject matter jurisdiction or **entry of order violated due process**, U.S.C.A. Const. Amend. 5 – *Triad Energy Corp. v. McNell* 110 F.R.D. 382 (S.D.N.Y. 1986).

Void judgment under federal law is one in which rendering court lacked subject matter jurisdiction over dispute or jurisdiction over parties, **or acted in manner inconsistent with due process of law or otherwise acted unconstitutionally in entering judgment,** U.S.C.A. Const. Amed. 5, *Hays v. Louisiana Dock Co.*, 452 n.e.2D 1383 (Ill. App. 5 Dist. 1983).

Void judgment is one rendered by court which lacked personal or subject matter jurisdiction or **acted in manner inconsistent with due process**, U.S.C.A. Const. Amends. 5, 14 *Matter of Marriage of Hampshire*, 869 P.2d 58 (Kan. 1997).

Judgment is a void judgment if court that rendered judgment lacked jurisdiction of the subject matter, or of the parties, **or acted in a manner inconsistent with due process,** Fed. Rules Civ. Proc., Rule 60(b)(4), 28 U.S.C.A.; U.S.C.A. Const. Amend. 5 – *Klugh v. U.S.*, 620 F.Supp. 892 (D.S.C. 1985).

Void judgment may be defined as one in which rendering court lacked subject matter jurisdiction, lacked personal jurisdiction **or acted in manner inconsistent with due process of law,** *Eckel v. MacNeal*, 628 N.E. 2d 741 (Ill. App. Dist. 1993).

A judgment is void, and therefore subject to relief under Rule 60(b)(4), only if the court that rendered judgment lacked jurisdiction or in circumstances in which the court's action amounts to a **plain usurpation of power constituting a violation of due process.** *United States v. Boch Oldsmobile, Inc.*, 909 F.2d 657, 661 (1st Cir. 1990)

**"A judgment is void if the court acted in a manner inconsistent with due process. A void judgment is a nullity and may be vacated at any time."** 261 Kan. at 862.

A void judgment is one rendered by a court which lacked personal or subject matter jurisdiction **or acted in a manner inconsistent with due process.** *In re Estate of Wells*, 983 P.2d 279, (Kan. App. 1999).

Judgments entered where court lacked either subject matter or personal jurisdiction, or that were otherwise **entered in violation of due process of law,** must be set aside, *Jaffe and Asher v. Van Brunt*, S.D.N.Y.1994. 158 F.R.D. 278.

A conflict of interest wherein the **court stands to profit from the conviction of the defendant** before it, is a deprivation of due process of law wherein the court is acting in a manner inconsistent with due process, which immediately deprives the court of subject matter jurisdiction. Without subject matter jurisdiction, the court has no jurisdiction whatsoever, and the judgment is void – not voidable, but VOID.

### Fraud or Other Misconduct by Officer of Court Invalidates Judgment

In *Stoesel v. American Home*, 362 Sel. 350, and 199 N.E. 798 (1935), the court ruled and determined that, "Under Illinois Law and Federal Law, **when any officer of the Court has committed "fraud on the Court," the order and judgment of that court are void and of no legal force and effect."** In *Sparks v. Duval County Ranch*, 604 F.2d 976 (1979), the court ruled and determined that, **"No immunity exists for co-conspirators of judge.** There is **no derivative immunity for extra-judicial actions of fraud, deceit and collusion."** In *Edwards v. Wiley*, 374 P.2d 284, the court ruled and determined that, **"Judicial officers are not liable for erroneous exercise of judicial powers vested in them, but they are not immune from liability when they act wholly in excess of jurisdiction."** See also, *Vickery v. Dunnivan*, 279 P.2d 853, (1955). In *Beall v. Reidy*, 457 P.2d 376, the court ruled and determined, "Except by consent of all parties a judge is disqualified to sit in trial of a case if he comes within any of the grounds of disqualification named in the Constitution. In *Taylor v. O'Grady*, 888 F.2d 1189, 7th Cir. (1989), the circuit ruled, "Further, the judge has a legal duty to disqualify, even if there is no motion asking for his disqualification." Also, when a lower court has no jurisdiction to enter judgment, the question of jurisdiction may be raised for the first time on appeal. See *DeBaca v. Wilcox*, 68 P. 922. **The right to a tribunal free from bias and prejudice is based on the Due Process Clause. Should a judge issue any order after he has been disqualified by law, and if the party has been denied of any of his/her property, then the judge has engaged in the crime of interference with interstate commerce; the judge has acted in his/her personal capacity and not in the judge's judicial capacity.** See *U.S. v. Scinto*, 521 F.2d 842 at page 845, 7th circuit, 1996. Party can attack subject matter jurisdiction at anytime in the proceeding, even raising jurisdiction for the first time on appeal, *State v. Begay*, 734 P.2d 278. **"A prejudiced, biased judge who tries a case deprives a party adversely affected of due process."** See Nelson v. Cox, 66 N.M. 397.

A void judgment is one that has been **procured by extrinsic or collateral fraud or entered by a court that did not have jurisdiction over the subject matter or the parties.** *Rook v. Rook*, 233 Va. 92, 95, 353 S.E.2d 756, 758 (1987)

A void judgment or order is one that is entered by a court lacking jurisdiction over the parties or the subject matter, or lacking the inherent power to enter the particular order or judgment, **or where the order was procured by fraud**, *In re Adoption of E.L.*, 733 N.E.2d 846, (Ill.App. 1 Dist. 2000).

Void judgments generally fall into two classifications, that is, judgments where there is want of jurisdiction of person or subject matter, and **judgments procured through fraud, and such judgments may be attacked directly or collaterally,** *Irving v. Rodriquez*, 169 N.E.2d 145, (Ill.app. 2 Dist. 1960).

Void order which is one entered by court which lacks jurisdiction over parties or subject matter, or lacks inherent power to enter judgment, **or order procured by fraud, can be attacked at any time, in any court,** either directly or collaterally, provided that party is properly before court, *People ex rel. Brzica v. Village of Lake Barrington*, 644 N.E.2d 66 (Ill.App. 2 Dist. 1994).

When the prosecutor, with the knowledge of the judge, commits securities fraud and identity theft to bond the case, resulting in theft by deception (theft of property that would otherwise belong to the defendant), the judgment has been procured through fraud, and such judgments may be attacked directly or collaterally, and the judge has acted in his/her personal capacity, and not judicially, and has acted prejudicially, thereby depriving the defendant of due process, making the judgment VOID.

### Judge Has No Discretion

Where Rule 60(b)(4) is properly invoked on the basis that the underlying judgment is void, **"relief is not a discretionary matter; it is mandatory."** *Orner v. Shalala*, 30 F.3d 1307, 1310 (10th Cir. 1994) (quoting *V.T.A., Inc. v. Airco, Inc.*, 597 F.2d 220, 224 n.8 (10th Cir. 1979)).

"Jurisdiction, once challenged, cannot be assumed and must be decided." *Maine v Thiboutot* 100 S. Ct. 250.

"The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings." *Hagans v Lavine* 415 U. S. 533.

**When rule providing for relief from void judgments is applicable, relief is not discretionary matter, but is mandatory,** *Orner v. Shalala*, 30 F.3d 1307, (Colo. 1994).

### STATEMENT OF FACTS

1. The CUSIP Report, attached hereto as Exhibit A, and incorporated herein by reference is evidence of the existence of a security that is directly related to the above-titled case. Defendant-in-error is requesting that the original security be subpoenaed by this court for verification.

2. The security is currently trading in the Ivy Global Income Allocation Fund under CUSIP No. 465898567.

3. The sale of this security created an income stream for the court, and possibly the judge's retirement fund, but the defendant received none of the proceeds of this income stream.

4. It is the prosecutor's lawful duty and responsibility to bond the case with HIS OWN bond, yet there is no evidence that the prosecutor has fulfilled his obligation, and Defendant-in-error believes no such evidence exists.

5. The Prosecutor bonded the above-referenced case using the defendant's name and SSN on General Services Bonds (GSA) sf 24, sf 25 and sf 25A, which bonds were then converted into an income stream for the court, the prosecutor's office and the judge's retirement fund.

6. The Prosecutor used defendant's name, SSN and case number as a "means of identification," in bonding this case, which resulted in a monetary gain of more than $1000 for his office,

the court and possibly the judge's retirement fund, which is an unlawful activity as it was without the defendant's knowledge and consent, and which affected interstate commerce, and by use of the mail. See 18 USC 1028, sec. (a) (7); (b) (1) (D); and (c) (3) (A) and (B).

7. The Prosecutor, with a fiduciary relationship to the defendant, and as a government official and an officer of the court, acted intentionally and with knowledge when falsifying the bonds in order to create a debt against the defendant of which the defendant was unaware.

8. **Securities Fraud/Identity Theft/Theft by Deception:** Prosecutor or other agents of the court (1) represented on General Services Administration bonds sf 24, sf25 and sf25A, that the Prosecutor's office had authority to issue these bonds bearing the defendant's name and SSN, or that the defendant had authorized said bonds, and that the Prosecutor's office or the court had the authority to receive the funds from the sale of said bonds; (2) which was a false representation as the defendant did not have knowledge of, authorize or sign said bonds; (3) which representations induced bond underwriters and investors to act upon said representation; (4) Prosecutor or other court agents responsible for these representations knew or should have known it was a false representation to use someone else's identification without that party's knowledge or consent; these were false representations made recklessly and without regard for their truth in order to induce action by another, and therefore, are the equivalent of misrepresentations knowingly and intentionally uttered; (5) with the intention that third parties, such as underwriters and investors, would act upon the representations, as he who acts with knowledge that a result will follow is considered to intend the result; (6) the defendant had no knowledge of the actions of the Respondent; and third parties, such as underwriters and investors, had no knowledge of the misrepresentations involved; (7) the defendant had no knowledge of what was being done, and third parties, such as underwriters and investors, had no reason to believe that an officer of the court would lie; (8) third parties such as underwriters and investors had a right to rely on the Prosecutor's or other court agents' representations; (9) the damages caused are twofold: (a) investors and underwriters will suffer loss should the defendant have the bonds recalled for breach of fiduciary duty and theft by deception; and (b) the defendant has been damaged by an undisclosed debt for which the defendant is held to be the surety, and which was secretly imposed upon the defendant absent any benefit whatsoever to the defendant.

9. The above-described fraud, identity theft, and theft by deception is done as a pattern and practice of daily operations, bringing RICO into the picture.

10. Since the security was issued in defendant's name and SSN, without the defendant's knowledge or consent, and the defendant did not receive any part of the proceeds of this security, the

prosecutor committed identity theft and securities fraud, theft by deception, all of which comprise a breach of the prosecutor's fiduciary duties, violation of his oath of office, an unconstitutional taking without due process of law and without just compensation, and a violation of due process.

11. The judge knew the conviction of the defendant would result in an income stream for the court, and perhaps even the judge's retirement fund, and this happens on a daily basis as standard operating procedure, again bringing RICO into the picture.

12. This is human trafficking for profit, which is a violation of International law.

13. The prosecutor and the judge acted in a manner that was inconsistent with due process, resulting in a judgment which violated due process and deprived the court of subject matter jurisdiction. See U.S.C.A. Const. Amend. 5 – *Triad Energy Corp. v. McNell* 110 F.R.D. 382 (S.D.N.Y. 1986), and Fed. Rules Civ. Proc., Rule 60(b)(4), 28 U.S.C.A.; U.S.C.A. Const. Amend. 5 – *Klugh v. U.S.*, 620 F.Supp. 892 (D.S.C. 1985), supra.

14. This violation of due process created a conflict of interest within the trial. **Any** violation of due process immediately and permanently deprives the court of subject matter jurisdiction, making the judgment **VOID**, not just voidable.

> "Where a court failed to observe safeguards, it amounts to denial of due process of law, court is deprived of jurisdiction." *Merritt v. Hunter*, C.A. Kansas 170 F2d 739.

> "A departure by a court from those recognized and established requirements of law, however close apparent adherence to mere form in method of procedure, **which has the effect of depriving one of a constitutional right, is an excess of jurisdiction."** *Wuest v. Wuest*, 53 Cal. App. 2d 339, 346; 127 P2d 934, 937.

> *Boyd v. US, 116* US 616, 5th Amendment rights. "...constitutional provisions for the security of person and property should be liberally construed... **It is the duty of the courts to be watchful for the constitutional rights of Citizens,** and against any stealthy encroachment thereon."

> *Owens v. City of Independence*, 445 US 622, 100 S. Ct. 1398; *Maine v. Thiboutot*, 448 US 1, 100 S. Ct. 2502; *Hafer v. Melo*, 502 US 21, **"Officers of the Court have no immunity, when violating a constitutional right, from liability, for they are deemed to know the law."**

> *Clearfield Trust v. United States*, 318 US 363; *Bank of United States v. Planters Bank of Georgia,* 9 Wheaton (22 US) 904, 6 L. Ed. 24, "Governments descend to the level of a mere private corporation and takes on the character of a mere private citizen [where private corporate commercial paper, Federal Reserve Notes and other negotiable debt instruments are concerned].... For purposes of suit, such corporations and <u>individuals</u> are regarded as an entity entirely separate

from government."

15. The trial in this instant matter was a commercial transaction for the purpose of creating an income stream for the court and the judge's retirement fund.

16. The trial was conducted in an administrative tribunal, not a judicial court of record proceeding according to the common law, as guaranteed by the U.S. Constitution Article III, and all state constitutions.

17. Defendant-in-error, being treated as the defendant, did not waive his Right to a constitutional court of record, proceeding at the common law.

18. All such waivers must be in writing, and must be made knowingly, intelligently, and voluntarily.

19. Defendant-in-error was denied the constitutionally guaranteed Right to a constitutional Article III court of record, which is a denial of due process.

20. ANY denial of due process IMMEDIATELY deprives the court of subject matter jurisdiction.

21. Any judgment rendered absent subject matter jurisdiction is VOID – not voidable, but totally VOID.

22. Defendant-in-error has seen no evidence that he knowingly, willingly, voluntarily and with full disclosure, consented or otherwise agreed to waive Constitutional Rights and denial of due process, and believes no such evidence exists.

23. Defendant-in-error has seen no evidence that he knowingly, willingly, voluntarily and WITH FULL DISCLOSURE, entered into any international maritime contract which <u>did not use deceitful terms and was not presented as if it was MANDATORY instead of voluntary</u>, and was, therefore, not unconscionable in nature, and which placed defendant in an admiralty/maritime jurisdiction, or converts defendant into an officer, agent or employee of the U.S. government, and Defendant believes no such evidence exists. Bring it forward so I may challenge the validity of it.

24. Furthermore, the "charges," in this case were never certified, indemnified/Bonded, and may well be or in fact are "Simulating Legal Process," which is a Felony.

25. There was never any affidavit of an injured party placed on the record of the court to invoke subject matter jurisdiction, which is a requirement of due process.

**RELIEF DEMANDED**

Defendant-in-error is proceeding in Equity, having appointed the judge as the Trustee/

Intervener's Declaration of Status, Case No. 8:10-cr-00639-PJM-2 – Page 8

Administrator to settle and close this matter in favor of the Beneficiary.

Because the law and the facts are clear and unambiguous regarding the magnitude of the void in this judgment, in keeping with lawful precedent and to ensure that all of the Rights of the Defendant-in-error are not further violated, Defendant-in-error demands an <u>Order to Dismiss</u>. Defendant-in-error further demands that this judgment be cleared from his record as it was entered without jurisdiction. Defendant-in-error further demands that the bonds, sold in his name, be recalled immediately, or in the alternative, Defendant-in-error will accept 60% of the proceeds of the bonds.

I declare under the laws of perjury of the state of Maryland and the United States of America (without the United States), that the foregoing is true, correct, complete and not misleading.

Executed this __10__ day of __December__, 2013. All Rights Reserved.

By: _____
Mirza of the family Kujundzic
Defendant-in-error/Intervener under injury/Sole Beneficiary of
MIRZA KUJUNDZIC *Cestui Que Vie trust*

Certification of Mailing

I certify to be true under the penalty of perjury of the laws of the United States that on this date a true and correct copy of this document was presented to the Prosecuting Attorney's Office by depositing the same into the mails of the United States, postage prepaid, addressed to Rod J. Rosenstein, U.S. ATTORNEY'S OFFICE, 36 S. Charles Street, 4th Fl., Baltimore, MD 21201.

_____  __12/10/13__  __Baltimore__  __MD__
Signature                  Date          City           State

Intervener's Declaration of Status, Case No. 8:10-cr-00639-PJM-2 – Page 9