

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

---

*James A. Crowell*     *Mailing Address:*     *Office Location:*     DIRECT: 301-344-4235
*Chief, Greenbelt Branch*     *6500 Cherrywood Lane, Suite 200*     *6406 Ivy Lane, 8th Floor*     MAIN: 301-344-4433
*James.A.Crowell@usdoj.gov*     *Greenbelt, MD 20770-1249*     *Greenbelt, MD 20770-1249*     FAX: 301-344-4516

February 10, 2014

The Honorable Peter J. Messitte
United States District Judge
District of Maryland, Southern Division
6500 Cherrywood Lane
Greenbelt, Maryland 20770

      Re:     **United States v. Mirza Kunjundzic,**
                 **Criminal No. PJM-10-0639**

Dear Judge Messitte:

       In anticipation of the commencement of the Kunjundzic trial, and in view of the defendant's election to represent himself, the United States respectfully requests that the following preliminary instruction be given to the jury venire and, when selected, to the sworn jury. The following proposed instruction is derived from a compilation contained in the Third Circuit Pattern Jury Instructions at Section 1.18:

"Mirza Kunjundzic has decided to represent himself in this trial and not use the services of a lawyer. He has a constitutional right to do that. His decision has no bearing on whether he is guilty or not guilty, and it must not affect your consideration of the case. Because Mr. Kunjundzic has decided to act as his own lawyer, you will hear him speak at various times during the trial. He may make an opening statement and closing argument. He may ask questions of witnesses, make objections, and argue to the Court. I want to remind you that when Mr. Kunjundzic speaks in these parts of the trial he is acting as a lawyer in the case, and his words are not evidence. The only evidence in this case comes from witnesses who testify under oath on the witness stand and from exhibits that are admitted as evidence."

We thank the Court for any consideration it may give this request. Please do not hesitate to have your Chambers contact us if you have any questions or concerns.

> Very truly yours,
>
> Rod J. Rosenstein
> United States Attorney
>
> By:  /s/ James Crowell
> James A. Crowell IV
> A. David Copperthite
> Assistant United States Attorneys

cc:   Defendant Mirza Kunjundzic

   Gary Proctor, Esq.
   Stand-By Counsel for Defendant Mirza Kunjundzic